| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Timothy F. Umbreit (SBN 145932)<br>BANDER LAW FIRM, LLP<br>1055 West 7th Street Suite 1950<br>Los Angeles, CA 90017<br>Phone: (213) 873-4333<br>Fax: (213) 873-4334<br>bk@banderlaw.com<br>*Attorney for* SAMMY NATIVIDAD | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>SAMMY NATIVIDAD<br><br>                                                                  Debtor. | CHAPTER 13<br>CASE NUMBER 2:09-BK-36124<br>DATE: 4/1/10<br>TIME: 1:30 pm<br>COURTROOM: 304 |
|---|---|

## NOTICE OF MOTION FOR:

MOTION TO BE RELIEVED AS COUNSEL

*(Specify name of Motion)*

1. TO: THE COURT, THE CHAPTER 13 TRUSTEE, THE DEBTOR, THE CREDITORS AND THE ATTORNEYS OF RECORD FOR THE CREDITORS
2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.
3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| Hearing Date: 4/1/10 | Time: 1:30 pm | Courtroom: | Floor: 1675 |
|---|---|---|---|
| ☒ **255 East Temple Street, Los Angeles** | | ☐ **411 West Fourth Street, Santa Ana** | |
| ☐ **21041 Burbank Boulevard, Woodland Hills** | | ☐ **1415 State Street, Santa Barbara** | |
| ☐ **3420 Twelfth Street, Riverside** | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 3/3/10

BANDER LAW FIRM LLP
*Law Firm Name*

By: /s/ Timothy F. Umbreit

Name: TIMOTHY F. UMBREIT
*Attorney for Movant*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.1

American LegalNet, Inc.
www.FormsWorkflow.com

F 9013-1.1

| In re<br>SAMMY NATIVIDAD<br><br>Debtor(s). | CHAPTER: 13<br>CASE NO.: 2:09-BK-36124 |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 West 7th Street Suite 1950 Los Angeles, CA 90017

A true and correct copy of the foregoing document described as <u>MOTION TO BE RELIEVED AS COUNSEL, DECLARATION, ORDER GRANTING MOTION</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 3/1/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/1/10 | VICTORIA CORDERO | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.1

American LegalNet, Inc.
www.FormsWorkflow.com

| In re | | CHAPTER: 13 |
|---|---|---|
| SAMMY NATIVIDAD | | CASE NO.: 2:09-BK-36124 |
| | Debtor(s). | |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Sammy L. Natividad
2515 Santa Fe Avenue
Long Beach, CA 90810

HONORABLE ELLEN CARROLL
UNITED STATES BANKRUPTCY COURT
255 EAST TEMPLE STREET
LOS ANGELES, CA 90012

Kathy A. Dockery
700 S. Flower Street Suite 1950
Los Angeles, CA 90017

Raffi Khatchadourian
Hemar Rousso & Heald LLP
15910 Ventura Blvd. 12th Floor
Encino, CA 91436

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.1

American LegalNet, Inc.
www.FormsWorkflow.com

**MC-051**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number and address)*: | FOR COURT USE ONLY |
|---|---|
| Timothy F. Umbreit (SBN 145932)<br>BANDER LAW FIRM, LLP<br>1055 West 7th street Suite 1950<br>Los Angeles, CA 90017<br>TELEPHONE NO.: (213) 873-4333   FAX NO.: (213)873-4334<br>ATTORNEY FOR *(Name)*: SAMMY NATIVIDAD | |
| NAME OF COURT: USBC-CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 255 East Temple Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: USBC-CENTRAL DISTRICT OF CALIFORNIA | |
| CASE NAME: SAMMY NATIVIDAD | CASE NUMBER:<br>2:09-BK-36124 |
| **NOTICE OF MOTION AND MOTION<br>TO BE RELIEVED AS<br>COUNSEL—CIVIL** | HEARING DATE: 4/1/10<br>DEPT.: 304   TIME: 3:00 PM<br>BEFORE HON.: Ellen Carroll<br>DATE ACTION FILED:<br>TRIAL DATE: |

TO *(name and address of client)*: Sammy L. Natividad

2515 Santa Fe Avenue Long Beach, CA 90810

1. PLEASE TAKE NOTICE that *(name of withdrawing attorney)*: TIMOTHY F. UMBREIT, Bander Law Firm LLP moves under California Code of Civil Procedure section 284(2) and California Rules of Court, rule 3.1362, for an order permitting the attorney to be relieved as attorney of record in this action or proceeding.

2. A hearing on this motion to be relieved as counsel will be held as follows:

   a.  Date: 4/1/10      Time: 3:00 pm      Dept.: 304      Room:

   b. The address of the court:   ☒ same as noted above   ☐ other *(specify)*:

3. This motion is supported by the accompanying declaration, the papers and records filed in this action or proceeding, and the following additional documents or evidence *(specify)*:
   Attached hereto is Exhibit 1, which is a copy of the notifice of bankruptcy case filing of Bander Law Firm, LLP.

*(This motion does not need to be accompanied by a memorandum of points and authorities. Cal. Rules of Court, rule 3.1362.)*

4. The client presently represented by the attorney is
   a. ☒ an individual.
   b. ☐ a corporation.
   c. ☐ a partnership.
   d. ☐ an unincorporated association.
   e. ☐ a guardian.
   f. ☐ a conservator.
   g. ☐ a trustee.
   h. ☐ a personal representative.
   i. ☐ a probate fiduciary.
   j. ☐ a guardian ad litem.
   k. ☐ other *(specify)*:

(Continued on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-051 [Rev. January 1, 2007]

**NOTICE OF MOTION AND MOTION
TO BE RELIEVED AS COUNSEL—CIVIL**

Code of Civil Procedure, § 284;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Case 2:09-bk-36124-EC    Doc 38    Filed 03/03/10    Entered 03/03/10 17:58:14    Desc
Main Document    Page 5 of 11

MC–051

| CASE NAME:<br>SAMMY NATIVIDAD | CASE NUMBER:<br>2:09-BK-36124 |
|---|---|

**NOTICE TO CLIENT**
If this motion to be relieved as counsel is granted, your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:

- A guardian
- A conservator
- A trustee
- A personal representative
- A probate fiduciary
- A corporation
- A guardian ad litem
- An unincorporated association

If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.

5. If this motion is granted and a client is representing himself or herself, the client will be solely responsible for the case.

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**
If this motion to be relieved as counsel is granted, you will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.

6. If this motion is granted, the client must keep the court informed of the client's current address.

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**
If this motion to be relieved as counsel is granted, the court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.

Date: 3/3/10

Timothy F. Umbreit
(TYPE OR PRINT NAME)

▶ /s/ Timothy F. Umbreit
(SIGNATURE OF ATTORNEY)

Attorney for *(name)*: SAMMY NATIVIDAD

MC-051 [Rev. January 1, 2007]    NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL—CIVIL    Page 2 of 2
American LegalNet, Inc.
www.FormsWorkflow.com

MC-052

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>TIMOTHY F. UMBREIT (SBN 145932)<br>BANDER LAW FIRM, LLP<br>1055 WEST 7TH STREET SUITE 1950<br>LOS ANGELES, CA 90017<br>  TELEPHONE NO.: 213-873-4333   FAX NO.: 213-873-4334<br>ATTORNEY FOR *(Name)*: SAMMY NATIVIDAD | FOR COURT USE ONLY |
|---|---|
| NAME OF COURT: USBC-CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 255 East Temple Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: USBC-CENTRAL DISTRICT OF CALIFORNIA | |
| CASE NAME: SAMMY NATIVIDAD | CASE NUMBER:<br>2:09-BK-36124 |
| **DECLARATION IN SUPPORT OF ATTORNEY'S<br>MOTION TO BE RELIEVED AS COUNSEL—CIVIL** | HEARING DATE: 4/1/10<br>DEPT.: 304    TIME: 3:00 pm<br>BEFORE HON.: Ellen Carroll<br>DATE ACTION FILED:<br>TRIAL DATE: |

1. **Attorney and Represented Party.** Attorney *(name)*: TIMOTHY F. UMBREIT, BANDER LAW FIRM, LLP
   is presently counsel of record for *(name of party)*: SAMMY NATIVIDAD
   in the above-captioned action or proceeding.

2. **Reasons for Motion.** Attorney makes this motion to be relieved as counsel under Code of Civil Procedure section 284(2) instead of filing a consent under section 284(1) for the following reasons *(describe)*:
   Bander Law Firm, LLP filed for Chapter 7 bankruptcy on February 12, 2010. Hence, it is unable to proceed or provide representation to Plaintiff. Attached hereto is Exhibit 1, which is the Notice of Bankruptcy Filing.

   ☐ Continued on Attachment 2.

3. **Service**
   a. Attorney has
      (1) ☐ personally served the client with copies of the motion papers filed with this declaration. A copy of the proof of service will be filed with the court at least 5 days before the hearing.
      (2) ☒ served the client by mail at the client's last known address with copies of the motion papers served with this declaration.
   b. If the client has been served by mail at the client's last known address, attorney has
      (1) ☒ confirmed within the past 30 days that the address is current
         (a) ☒ by mail, return receipt requested.
         (b) ☐ by telephone.
         (c) ☐ by conversation.
         (d) ☐ by other means *(specify)*:

(Continued on reverse)

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>MC-052 [Rev. January 1, 2007] | **DECLARATION IN SUPPORT OF ATTORNEY'S<br>MOTION TO BE RELIEVED AS COUNSEL—CIVIL** | Code of Civil Procedure, § 284;<br>Cal. Rules of Court, rule 3.1362<br>www.courtinfo.ca.gov |

American LegalNet, Inc.
www.FormsWorkflow.com

| CASE NAME: | CASE NUMBER: |
|---|---|
| SAMMY NATIVIDAD | 2:09-BK-36124 |

3. b. (2) ☐ been unable to confirm that the address is current or to locate a more current address for the client after making the following efforts:
    (a) ☐ mailing the motion papers to the client's last known address, return receipt requested.
    (b) ☐ calling the client's last known telephone number or numbers.
    (c) ☐ contacting persons familiar with the client (specify):

    (d) ☐ conducting a search (describe):

    (e) ☐ other (specify):

  c. Even if attorney has been unable to serve the client with the moving papers, the court should grant attorney's motion to be relieved as counsel of record (explain):

4. The next hearing scheduled in this action or proceeding
  a. ☒ is not yet set.
  b. ☐ is set as follows (specify the date, time, and place):

  c. ☐ concerns (describe the subject matter of the hearing):

  ☐ Continued on Attachment 4.

5. The following additional hearings and other proceedings (including discovery matters) are presently scheduled in this case (for each, describe the date, time, place, and subject matter):

  ☐ Continued on Attachment 5.

6. Trial in this action or proceeding
  a. ☒ is not yet set.
  b. ☐ is set as follows (specify the date, time, and place):

7. **Other.** Other matters that the court should consider in determining whether to grant this motion are the following (explain):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 3/3/10

TIMOTHY F. UMBREIT             /s/ Timothy F. Umbreit
(TYPE OR PRINT NAME)           (SIGNATURE OF DECLARANT)

8. Number of pages attached: 2

MC-052 [Rev. January 1, 2007]

**DECLARATION IN SUPPORT OF ATTORNEY'S
MOTION TO BE RELIEVED AS COUNSEL—CIVIL**

Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

# Exhibit 1

United States Bankruptcy Court
Central District Of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 02/12/2010 at 1:43 PM and filed on 02/12/2010.

**Bander Law Firm, LLP**
1055 W. Seventh Street
Suite 1950
Los Angeles, CA 90017
213-873-4333
Tax ID / EIN: 77-0616260



The case was filed by the debtor's attorney:

**Timothy F Umbreit**
Timothy F Umbreit
4701 Cartwright Ave
Toluca Lake, CA 91602
818-535-7381

The bankruptcy trustee is:

**David A Gill**
Danning, Gill, Diamond & Kollitz

2029 Century Park East, 3rd Floor

Los Angeles, CA 90067-2904
(310) 201-2407

The case was assigned case number 2:10-bk-15066-AA to Judge Alan M. Ahart.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple Street,, Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Kathleen J. Campbell
Clerk, U.S. Bankruptcy
Court

| PACER Service Center |
|---|
| Transaction Receipt |

MC-053

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*
TIMOTHY F. UMBREIT (SBN 145932)
BANDER LAW FIRM, LLP
1055 WEST 7TH STREET SUITE 1950
LOS ANGELES, CA 90017

TELEPHONE NO.: 213-873-4333   FAX NO. *(Optional):* 213-873-4334
E-MAIL ADDRESS *(Optional):* bk@banderlaw.com
ATTORNEY FOR *(Name):* SAMMY NATIVIDAD

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 255 East Temple Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: USBC-CENTRAL DISTRICT OF CALIFORNIA

CASE NAME: SAMMY NATIVIDAD

CASE NUMBER:
2:09-BK-36124

**ORDER GRANTING ATTORNEY'S
MOTION TO BE RELIEVED AS COUNSEL—CIVIL**

HEARING DATE: 4/1/10
DEPT.: 304    TIME: 3:00 pm
BEFORE HON.: Ellen Carroll
DATE ACTION FILED:
TRIAL DATE:

1. The motion of *(name of attorney):* TIMOTHY F. UMBREIT, BANDER LAW FIRM, LLP
   to be relieved as counsel of record for *(name of client):* SAMMY NATIVIDAD
   a party to this action or proceeding, came on regularly for hearing at the date, time, and place indicated above.

2. The following persons were present at the hearing:

**FINDINGS**

3. Attorney has
   a. ☐ personally served the client with papers in support of this motion,
   b. ☐ served client by mail and submitted a declaration establishing that the service requirements of California Rules of Court, rule 3.1362, have been satisfied.

4. Attorney has shown sufficient reasons why the motion to be relieved as counsel should be granted and why the attorney has brought a motion under Code of Civil Procedure section 284(2) instead of filing a consent under section 284(1).

**ORDER**

5. Attorney is relieved as counsel of record for client
   a. ☐ effective upon the filing of the proof of service of this signed order upon the client.
   b. ☐ effective on *(specify date):*

6. The client's ☐ current   ☐ last known   address and telephone number:

If the client's current address is known, service on the client must hereafter be made at that address unless otherwise ordered in item 13. If the current address is not known, service must be made according to Code of Civil Procedure section 1011 (b) and rule 3.252 of the California Rules of Court.

7. a. The next scheduled hearing in this action or proceeding is set for *(date, time, and place):*

   b. The hearing will concern *(subject matter):*

**NOTICE TO CLIENT**
You or your new attorney, if any, must prepare for and attend this hearing.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-053 [Rev. January 1, 2007]

**ORDER GRANTING ATTORNEY'S
MOTION TO BE RELIEVED AS COUNSEL—CIVIL**

Code of Civil Proedure., § 284;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

MC-053

| CASE NAME: | CASE NUMBER: |
|---|---|
| SAMMY NATIVIDAD | 2:09-BK-36124 |

8. The following additional hearings and other proceedings (including discovery matters) are set in this action (describe the date, time, place, and subject matter of each):

9. The trial in this action or proceeding:
   a. ☐ is not yet set.
   b. ☐ is set for (specify date, time, and place):

10. Client is hereby notified of the following effects this order may have upon parties.

---

**NOTICE TO CLIENT**

Your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:

- A guardian
- A conservator
- A trustee
- A personal representative
- A probate fiduciary
- A corporation
- A guardian ad litem
- An unincorporated association

If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.

---

11. Client is notified that, if the client will be representing himself or herself, the client shall be solely responsible for the case.

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

You will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.

---

12. Client is notified that it is the client's duty to keep the court informed at all times of the client's current address.

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

The court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.

---

13. The court further orders (specify):

Date: _____

_____
JUDGE OR JUDICIAL OFFICER